UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>      Plaintiff,<br><br>  v.<br><br>MARIA TORRES, RODRIGO NINO, and GARY YOUNG,<br><br>      Defendants.<br>_____ / | **NEW CASE NO. 1:13-cv-900-BAM**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:13-cv-900 AWI-BAM |

    IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge BARBARA A. MCAULIFFE as Presiding Judge of the above entitled action.  On September 30, 2013, Plaintiff Ronald Moore and Defendants Maria Torres, Rodrigo Nino, and Gary Young, dba Lola's Ricos Tacos, filed their consents under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. *See* (Docs. 12, 13).

    All future pleadings shall be numbered as follows:

    **1:13-cv-900 BAM**

IT IS SO ORDERED.

Dated:   October 1, 2013                                  _____
                                                           SENIOR  DISTRICT  JUDGE