Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARIA D. TORRES dba LOLA'S RICOS TACOS, et al.,<br><br>    Defendants. | No.  1:13-cv-00900-BAM<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Maria D. Torres dba Lola's Ricos Tacos; Rodrigo Nino aka Rodrigo Nino Torres dba Lola's Ricos Tacos; and Gary Haven Young (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Conference Order dated October 2, 2013 (ECF No. 16) pursuant to Fed. R. Civ. P. 16(b)(4).

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint

1   within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'
2   response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
3   filed.
4   **IT IS SO STIPULATED**.
5   Dated:  December 6, 2013                    MOORE LAW FIRM, P.C.

                                                 */s/ Tanya E. Moore*
7                                                Tanya E. Moore
8                                                Attorneys for Plaintiff,
                                                 Ronald Moore
9
10  Dated:  December 14, 2013                   MICHAEL WELCH + ASSOCIATES

                                                 */s/ Michael D. Welch*
12                                               Michael D. Welch
                                                 Attorneys for Defendants,
13                                               Maria D. Torres dba Lola's Ricos Tacos; Rodrigo
14                                               Nino aka Rodrigo Nino Torres dba Lola's Ricos
                                                 Tacos; and Gary Haven Young
15

16                                          **ORDER**

17      The Parties having so stipulated and good cause appearing,

18      **IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a
19  copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date
20  this Order is filed.

21      **IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within
22  fourteen (14) days after the First Amended Complaint is filed.

23  IT IS SO ORDERED.
24
25      Dated:   **December 23, 2013**              /s/ *Barbara A. McAuliffe*
26                                                 UNITED STATES MAGISTRATE JUDGE
27
28

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER