UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,

    Plaintiff,

  v.

MARIA D. TORRES, dba LOLA'S RICOS TACOS, *et al.*,

    Defendants.

                                   /

Case No. 1: 13-cv-00900-BAM

**ORDER AFTER SETTLMENT**

    Plaintiff Ronald Moore has filed a Notice of Settlement indicating that settlement has been reached. (Doc. 23). Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, no later than April 17, 2014, to file appropriate papers to dismiss or conclude this action in its entirety.

    This Court VACATES all pending dates and matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

    Dated:  **March 19, 2014**          /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE

1