1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California  95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email:  tanya@moorelawfirm.com

5 Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>              Plaintiff,<br><br>     vs.<br><br>MARIA D. TORRES dba LOLA'S RICOS TACOS, et al.,<br><br>              Defendants. | No.  1:13-cv-00900-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Maria D. Torres dba Lola's Ricos Tacos, Rodrigo Nino aka Rodrigo Nino Torres dba Lola's Ricos Tacos, and Gary Haven Young (collectively "Defendants," and together with Plaintiff, "the Parties"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendants that the Court shall expressly retain jurisdiction over this matter for the purpose of adjudicating any subsequent motion Plaintiff may bring to recover his attorneys' fees, costs and litigation expenses, and that Defendants acknowledge that for purposes of any such motion, Plaintiff shall be determined the

prevailing party. Any such motion shall be filed within fourteen (14) days of the date the Court issues its Order on this stipulation.

Date: April 2, 2014                               MOORE LAW FIRM, P.C.


                                                  */s/ Tanya E. Moore*
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff
                                                  Ronald Moore

Date: April 2, 2014                               MICHAEL WELCH + ASSOCIATES


                                                  */s/ Michael D. Welch*
                                                  Michael D. Welch, Esq.
                                                  Attorneys for Defendants
                                                  Maria D. Torres dba Lola's Ricos Tacos, Rodrigo Nino aka Rodrigo Nino Torres dba Lola's Ricos Tacos, and Gary Haven Young

# **ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. By consent of Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Maria D. Torres dba Lola's Ricos Tacos, Rodrigo Nino aka Rodrigo Nino Torres dba Lola's Ricos Tacos, and Gary Haven Young ("Defendants," and together with Plaintiff, "the Parties"), the Court shall retain jurisdiction in this matter for the purpose of adjudicating any motion for attorney fees, costs and litigation expenses brought by Plaintiff.

2. By consent of the Parties and for purposes of his attorneys' fees motion, Plaintiff is the prevailing party in this action.

3. Plaintiff shall file any motion for the recovery of his attorneys' fees, costs and litigation expenses within fourteen (14) days of the date of this Order.

4. Except as provided for in paragraph 1, the action is dismissed with prejudice.

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 3, 2014**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE